**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7314

OWEN ODMAN,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.  Lacy H. Thornburg, District Judge.  (CA-03-128-1; CR-96-53)

Submitted:  January 30, 2004        Decided:  February 24, 2004

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Owen Odman, Appellant Pro Se.  Thomas Richard Ascik, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Owen Odman appeals the district court's order denying his post-conviction motions. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Odman, No. CA-03-128-1; CR-96-53 (W.D. N.C. Aug. 19, 2003). Odman's motion to supplement the record is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED